IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 21-cv-200-wmc

DANBURY HARDWARE HANK AND
BUILDING SUPPLY, INC., MARSHALL
G. HILL, and JUDY J. HILL,

    Defendants.

## DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendants have failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendants' default is hereby entered.

A default having been entered against the defendants, and counsel for the plaintiff having requested judgment against the defaulted defendants and having filed a proper declaration in all accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendants, Danbury Hardware Hank and Building Supply, Inc., Marshall G. Hill, and Judy J. Hill, as follows:

    A.    Principal                                  $ 82,978.58

            Interest through September 25, 2020      $  6,281.22

| | | |
|---|---|---|
| | Interest from September 26, 2020 Through July 8, 2021 | $ 1,788.00 |
| | TOTAL | $ 91,047.80 |

together with interest thereon at the rate of 2.75% per annum until the date judgment is entered.

| | | | |
|---|---|---|---|
| B. | Principal | | $165,797.11 |
| | Interest through August 6, 2020 | | $ 22,354.53 |
| | Interest from August 6, 2020 Through July 8, 2021 | | $ 6,104.97 |
| | TOTAL | | $194,256.61 |

together with interest thereon at the rate of 4.0% per annum until the date judgment is entered, a civil filing fee of $400.00, plus interest on the judgment at the legal rate until satisfaction of the debt.

Dated this 12th day of July, 2021.

s/Peter Oppeneer
PETER OPPENEER
Clerk of Court


Dated this _____ day of _____, 2021.


PETER OPPENEER
Clerk of Court

By:

Deputy Clerk of Court